**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:    702-825-2824

*Attorney for TJP Credit, LLC and
Desert Lakes Apartments, LP*

**Electronically Filed: January 5, 2015**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TJ PLAZA, LLC,<br><br>        Debtor. | Case No.: 14-11894-ABL<br>Chapter 11<br>(Jointly Administered) |
| In re:<br><br>DSWC, INC.,<br><br>        Debtor. | Case No.: 14-11895-ABL<br>Chapter 11 |
| TJP CREDIT, LLC and DESERT LAKES APARTMENTS, LP,<br><br>        Appellant,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>        Appellee. | Civil Case No.: 2:14-cv-02145-MMD<br>Appeal Reference No.: 14-00071<br><br>**STIPULATION AND ORDER VOLUNTARILY DISMISSING APPEAL PURSUANT TO RULE 8001(c)(2) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

      TJP CREDIT, LLC and DESERT LAKES APARTMENTS, LP, on the one hand, and U.S. BANK NATIONAL ASSOCIATION, a National Banking Association Organized and Existing under the Laws of the United States of America, Not in Its Individual Capacity But Solely in its Capacity as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2003-C6, on the other hand, hereby stipulate and agree

that the above-captioned appeal may be dismissed pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, with each party to bear its own fees and costs.

**STIPULATED AND AGREED TO BY**:

Dated: January 5, 2015          By:     Ryan A. Andersen
                                        Ryan A. Andersen, Esq.
                                        Nevada Bar. No. 12321
                                        **ANDERSEN LAW FIRM, LTD.**
                                        415 South 6th Street, Suite 203B
                                        Las Vegas, Nevada 89101

                                        *Attorney for TJP Credit, LLC and*
                                        *Desert Lakes Apartments, LP*

Dated: January 5, 2015          By:     Blakeley E. Griffith
                                        Blakeley E. Griffith, Esq.
                                        Nevada Bar No. 12386
                                        **SNELL & WILMER L.L.P.**
                                        3883 Howard Hughes Parkway, Suite 1100
                                        Las Vegas, Nevada 89169

                                        *Attorney for U.S. BANK NATIONAL ASSOCIATION, a National Banking Association Organized and Existing under the Laws of the United States of America, Not in Its Individual Capacity But Solely in its Capacity as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2003-C6*

**IT IS SO ORDERED**:

Dated this  5th   of January, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE